BITFINEX

Traders
Lenders
About
UNUS Sed Leo
Securities
Affiliates

Log in

Sign up

English

Overview     Getting started



## View positions, orders & history at a glance

The Bitfinex app gives you full control of your portfolio while you are on the move. View positions, open orders and trading history with a simple tap.

