UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

v.                                              Civil No. _____

CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 20 \_\_\_\_\_, it appearing from the affidavit(s) in support of default of _____, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

DAVID A. O'Toole, CLERK


By: _____
    Deputy Clerk

p:\DFLT.ord