**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

v.                                        Civ. No. _____


**AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT**

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant _____ was served by the following method:

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:                                    _____
                                         Plaintiff or Attorney for Plaintiff

_____                    _____
                                         Bar No.

                                         _____
                                         Address

                                         _____