UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Intercurrency Software LLC

v.   Civil No. 2:24-cv-00218

iFinex, Inc.

### CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 20 _____, it appearing from the affidavit(s) in support of default of  Christopher A. Honea , attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

iFinex, Inc.

DAVID A. O'Toole, CLERK

By: Authored by Charlene Hinton at 10:07 am, 9/3/24
Deputy Clerk

p:\DFLT.ord