**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

INTERCURRENCY SOFTWARE LLC,  §
  §
  *Plaintiff,*  §
v.  §   CASE NO. 2:24-CV-00218-JRG
  §
IFINEX, INC.,  §
  §
  *Defendant.*  §
  §

**<u>ORDER</u>**

The Court issues this Order *sua sponte*. According to the Court's docket, the last activity in this case occurred in September of 2024. (Dkt. No. 6, Clerk's Entry of Default as to Defendant iFinex, Inc. ("Defendant").) Plaintiff Intercurrency Software ("Plaintiff") is **ORDERED** to move the Court to enter default judgment against Defendant within fourteen (14) days of this Order. If such a motion to enter default judgment is not timely filed by Plaintiff, the Court will assume Plaintiff has abandoned this action and dismiss this case for failure to prosecute.

**So ORDERED and SIGNED this 2nd day of June, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE