**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC,**<br><br>PLAINTIFF,<br><br>V.<br><br>**IFINEX, INC.,**<br><br>DEFENDANT. | **CASE NO. 2:24-CV-00218-JRG** |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Intercurrency Software LLC hereby submits this Notice of Voluntary Dismissal without Prejudice of all claims against iFinex, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Dated:  June 16, 2026                                Respectfully Submitted

*/s/ Christopher A. Honea*
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this Tuesday, June 16, 2026, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ Christopher A. Honea
Christopher A. Honea

2